Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−14288−CMG
                Chapter:  7
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ghani S. Khan
   450 Main St
   Sayreville, NJ 08872−1246

Social Security No.:
   xxx−xx−4198

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

450 Main Street, Sayreville, New Jersey 08872

Dated: March 8, 2023
JAN: mmf

                                            Jeanne Naughton
                                            Clerk